UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHIDEI FESSAHAIE,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | Case No. 15-cv-00451-JSC<br><br>**AMENDED CASE MANAGMENT SCHEDULING ORDER** |

As set forth at the Case Management Conference on February 11, 2016, the Court AMENDS the case management schedule as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | July 15, 2016 |
| Deadline for Hearing Dispositive Motions: | September 22, 2016 |
| Pretrial Conference: | December 1, 2016 |
| Trial: | January 9, 2017 |

If necessary, the parties may file a stipulation amending these dates to accommodate further settlement negotiations.

**IT IS SO ORDERED.**

Dated: February 11, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge